# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. ROOKS, <br>     Petitioner, <br> v. <br> RAUL LOPEZ, Warden, <br>     Respondent. | Case No. ED CV 10-2001 CAS (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 18, 2011

*/s/ Christina A. Snyder*
_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1